UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANCIS P. CULLARI, ESQ.
ATTORNEY AT LAW
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225
Attorney for Debtor(s)
Phone: (609) 383-3511
Fax: (609)383-3994

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Meglioranza
Concordia Meglioranza

Case No.:    17-35511

Chapter:    13

Judge:    KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Francis P. Cullari_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____71.25_____ for a total of $_____571.25_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*