UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FRANCIS P. CULLARI, ESQ.
ATTORNEY AT LAW
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225
Attorney for Debtor(s)
Phone: (609) 383-3511
Fax: (609)383-3994

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Meglioranza
Concordia Meglioranza

Case No.:    17-35511

Chapter:    13

Judge:    KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Francis P. Cullari_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____71.25_____ for a total of $_____571.25_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 17-35511-KCF
James Meglioranza                                                                        Chapter 13
Concordia Meglioranza
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
db/jdb         +James Meglioranza,   Concordia Meglioranza,   96 Madison Ave.,   Old Bridge, NJ 08857-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Francis P. Cullari    on behalf of Joint Debtor Concordia  Meglioranza cullari@comcast.net
      Francis P. Cullari    on behalf of Debtor James  Meglioranza cullari@comcast.net
      Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
       rsolarz@kmllawgroup.com
      Richard James Tracy, III    on behalf of Creditor    TD Bank NA successor in interest to Commerce Bank, N.A. rtracy@schillerknapp.com,   tshariff@schillerknapp.com;kcollins@schillerknapp.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 6