DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank NA
successor in interest to Commerce Bank, N.A.

Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    JAMES MEGLIORANZA
    AKA JAMES P. MEGLIORANZA
    AND CONCORDIA MEGLIORANZA
    AKA MARIA CONCORDIA,

            Debtors.

Case No.: 17-35511-KCF

Hearing Date:  March 28, 2018

Judge.: Kathryn C. Ferguson

Chapter: 13

## ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Creditor, TD Bank NA successor in interest to Commerce Bank, N.A., under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**one (1) 2014 Kia Rio Sedan 4DR (V.I.N. KNADH4A31A6699919)**

It is further ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtors, any trustee and any other party who entered an appearance on the motion.