Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–35511–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Meglioranza | Concordia Meglioranza |
| aka James P. Meglioranza | aka Maria Concordia |
| 96 Madison Ave. | 96 Madison Ave. |
| Old Bridge, NJ 08857 | Old Bridge, NJ 08857 |

Social Security No.:
    xxx–xx–4364                                    xxx–xx–2391

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/21/17 and a confirmation hearing on such Plan has been scheduled for 4/11/18.

The debtor filed a Modified Plan on 4/6/18 and a confirmation hearing on the Modified Plan is scheduled for 5/9/18. Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
       for filing a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secured claim, such holder's acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holder's acceptance or rejection of the Plan within the time fixed.

3.     The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
       Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
       arguments in support of the original plan on the scheduled Confirmation date, consider the
       reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
       or convert the case, or take any other action on the original plan deemed appropriate.

       A full copy of the modified Plan will follow this notice.

Dated: April 9, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-35511-KCF
James Meglioranza                                                           Chapter 13
Concordia Meglioranza
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Apr 09, 2018
                             Form ID: 186          Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
```
db/jdb      +James Meglioranza,   Concordia Meglioranza,   96 Madison Ave.,   Old Bridge, NJ 08857-1342
517239479   +Amex Dsnb,   9111 Duke Blvd.,   Mason, OH 45040-8999
517239480   #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517239488   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: CitiBusiness Card,   PO Box 183113,   Columbus, OH 43218-3113)
517239487   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   PO Box 20363,
             Kansas City, MO 64195)
517239482   +Cap1/bstby,   PO Box 30253,   Salt Lake City, UT 84130-0253
517239483   +Capital One,   Attention:Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517317375    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517239485   +Chase Card Services,   Attn: Correspondence,   Po Box 15278,   Wilmington, DE 19850-5278
517239486   +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
517239490   +Comenity Bank/DressBrn,   Attention:Bankruptcy,   PO Box 182686,   Columbus, OH 43218-2686
517239489   +Comenity Bank/Dressbrn,   PO Box 182789,   Columbus, OH 43218-2789
517239493   +Fed Loan Serv,   PO Box 61047,   Harrisburg, PA 17106-1047
517239494   +Fed Loan Serv,   PO Box 60610,   Harrisburg, PA 17106-0610
517239497   +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
517239500   +Hibernia Ntl/Capital One,   Attention:Bankruptcy,   1 Corporate Dr Suite 360,
             Lake Zurich, IL 60047-8945
517364689   +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   425 Phillips Blvd,
             Ewing, NJ 08618-1430
517239501   +Homeprjvisa,   PO Box 94498,   Las Vegas, NV 89193-4498
517239508   #Monarch Recovery Management, Inc,   10965 Decatur Rd,   Philadelphia, PA 19154-3210
517314669   +Richard J. Tracy, III, Esq.,   30 Montgomery Street, Suite 1205,   Jersey City, NJ 07302-3835
517282223   +TD Bank, N.A.,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
517282512   +TD Bank, N.A.,   c/o Richard J. Tracy, III, Esq.,   30 Montgomery Street, Suite 1205,
             Jersey City, NJ 07302-3835
517282284   +TD Bank, N.A.,   c/o Schiller, Knapp,,   Lefkowitz & Hertzel, LLP,   950 New Loudon Road,
             Latham, NY 12110-2100
517284156    U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
             Harrisburg, PA 17106-9184
517239518   +Unvl/Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
517239522   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517239523   +Wells Fargo Home Projects,   Wells Fargo Financial,   1 Home Campus 3rd Flr,
             Des Moines, IA 50328-0001
517349659    eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2018 23:27:40    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2018 23:27:35     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517239478   +E-mail/Text: bknotices@conduent.com Apr 09 2018 23:28:47    Acs/slma,   Acs/Education Services,
             Po Box 7051,   Utica, NY 13504-7051
517239484   +E-mail/Text: kzoepfel@credit-control.com Apr 09 2018 23:27:42     Central Loan Admin & R,
             425 Phillips Blvd,   Ewing, NJ 08618-1430
517239491   +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2018 23:29:35     Credit One Bank N A,
             Po Box 98873,   Las Vegas, NV 89193-8873
517239498   +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:23:27    Gecrb/jc Penney,
             Attention: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
517239499   +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:24:06    Gecrb/pc Richard,
             Attention: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
517239502    E-mail/Text: cio.bncmail@irs.gov Apr 09 2018 23:27:16    IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
517239505   +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 09 2018 23:28:59
             Jh Portfolio Debt Equities LLc,   5757 Phantom Dr Ste 225,   Hazelwood, MO 63042-2429
517239506   +E-mail/Text: bncbohlnotices@becket-lee.com Apr 09 2018 23:27:05    Kohls/Capone,
             N56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
517360104    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2018 23:29:36
             LVNV Funding, LLC its successors and assigns,   as assignee of FNBM, LLC,
             c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517358647    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2018 23:29:37
             LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
             FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517239507   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2018 23:27:34    Midland Credit management Inc,
             PO Box 60578,   Los Angeles, CA 90060-0578
517239509   +E-mail/Text: bnc@nordstrom.com Apr 09 2018 23:27:08    Nordstrom Fsb,   Attention: Bankruptcy,
             PO Box 6566,   Englewood, CO 80155-6566
517239510   +E-mail/Text: bnc@nordstrom.com Apr 09 2018 23:27:08    Nordstrom Signature Visa,
             Colorado Service Center,   Po Box 6555,   Englewood, CO 80155-6555
```

```
District/off: 0312-3           User: admin                Page 2 of 3            Date Rcvd: Apr 09, 2018
                               Form ID: 186               Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517281551          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2018 23:29:35
                   Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
517298721          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2018 23:29:53
                   Portfolio Recovery Associates, LLC,   c/o JC Penney Credit Card,   POB 41067,
                   Norfolk VA 23541
517298718          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2018 23:29:35
                   Portfolio Recovery Associates, LLC,   c/o PC Richard,   POB 41067,   Norfolk VA 23541
517278062          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2018 23:24:11
                   Portfolio Recovery Associates, LLC,   c/o Tjx Rewards Platinum Mastercard,   POB 41067,
                   Norfolk VA 23541
517248234          E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2018 23:27:30
                   Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517239512          E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:23:27     Syncb/Lord & Taylor,
                   PO Box 965015,   Orlando, FL 32896-5015
517239513          E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:59:46     Syncb/tjx Cos Dc,   PO Box 965015,
                   Orlando, FL 32896-5015
517243243         +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 00:00:09     Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517239514         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:59:47     Synchrony Bank/ pc Richard,
                   PO Box 965036,   Orlando, FL 32896-5036
517239515         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:59:30     Synchrony Bank/Care Credit,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517239516          E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2018 23:24:06     Synchrony Bank/JCP,
                   PO Box 965007,   Orlando, FL 32896-5009
517239517          E-mail/Text: bankruptcy@td.com Apr 09 2018 23:27:45     Td Banknorth Maine,   32 Chestnut St,
                   Lewiston, ME 04240
                                                                                        TOTAL: 27


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517239481*        +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517239520*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                   (address filed with court: Unvl/Citi,   Attn: Centralized Bankruptcy,   PO Box 20507,
                   Kansas City, MO 64195)
517239521*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                   (address filed with court: Unvl/Citi,   Attn: Centralized Bankruptcy,   PO Box 20507,
                   Kansas City, MO 64195)
517239492*        +Credit One Bank Na,   Po Box 98873,   Las Vegas, NV 89193-8873
517239495*        +Fed Loan Serv,   PO Box 61047,   Harrisburg, PA 17106-1047
517239496*        +Fed Loan Serv,   PO Box 61047,   Harrisburg, PA 17106-1047
517239503*         IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517239504*         IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517239519*        +Unvl/Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
517239511         ##+Slater, Tenaglia, Fritz,   301 3rd Street,   Ocean City, NJ 08226-4007
                                                                                   TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

Certificate of Notice    Page 4 of 4

                             Form ID: 186              Total Noticed: 55

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Francis P. Cullari    on behalf of Joint Debtor Concordia  Meglioranza cullari@comcast.net
          Francis P. Cullari    on behalf of Debtor James  Meglioranza cullari@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor   TD Bank NA successor in interest to Commerce
           Bank, N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6