| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>LAW OFFICE OF FRANCIS P. CULLARI<br>1200 Mill Road, Suite A.<br>Northfield, NJ 08225<br>(609) 383-3511, Fax (609) 383-3994<br>Attorneys for Debtor(s) | Order Filed on July 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James Meglioranza<br>Concordia Meglioranza<br>Debtor(s) | Case No.:    17-35511<br><br>Chapter:    13<br><br>Hearing Date:    7/11/18 @ 9:00 AM<br><br>Judge:    Hon. Kathryn C. Ferguson |

**CONSENT ORDER APPROVING DEBTORS' MOTION TO REINSTATE STAY AS TO TD BANK NA AS SUCCESSOR IN INTEREST TO COMMERCE BANK, NA**

The relief set forth on the following pages, numbered two (2) through two(2) is hereby **ORDERED**.

**DATED: July 20, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:        James & Concordia Meglioranza
Case No.:      17-35511
Consent Order Approving Debtors' Motion to Reinstate Stay as to TD Bank NA as Successor in Interest to Commerce Bank NA

---

IT IS HEREBY CONSENTED by and between Movant, Francis P. Cullari, Esquire, of the Law Office of Francis P. Cullari, attorney for Debtors, James & Concordia Meglioranza, and TD Bank NA successor in Interest to Commerce Bank NA (hereinafter "TD Bank"), a secured creditor in the above-captioned bankruptcy case; by its counsel Schiller Knapp, Lefkowitz & Hertzel LLP, as follows:

1. The automatic stay as to TD Bank is reinstated provided that TD Bank's claim is paid as a secured claim, together with interest thereon, and that the resulting order allows TD Bank to submit a certification of default upon thirty (30)days default to the Trustee in the plan payment.

The undersigned hereby consent to the form.

By _____  7/19/18
FRANCIS P. CULLARI, ESQUIRE
Attorney for Debtor
Law Office of Francis P. Cullari
1200 Mill Road, Suite A
Northfield, NJ 08225
(609) 383-3511
cullari@comcast.net

By _____  7/19/18
RICHARD J. TRACY, III, ESQUIRE
ID #079152013
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St. Suite 1205
Jersey City, NJ 07302
(518)786-9069
Attorneys for Creditor, TD Bank NA successor
In interest to Commerce Bank, N.A.