UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICE OF FRANCIS P. CULLARI
1200 Mill Road, Suite A.
Northfield, NJ 08225
(609) 383-3511, Fax (609) 383-3994
Attorneys for Debtor(s)

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 17-35511 |
| James Meglioranza<br>Concordia Meglioranza<br>Debtor(s) | Chapter: 13 |
| | Hearing Date: 7/11/18 @ 9:00 AM |
| | Judge: Hon. Kathryn C. Ferguson |

## CONSENT ORDER APPROVING DEBTORS' MOTION TO REINSTATE STAY AS TO TD BANK NA AS SUCCESSOR IN INTEREST TO COMMERCE BANK, NA

The relief set forth on the following pages, numbered two (2) through two(2) is hereby **ORDERED**.

**DATED: July 20, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:       James & Concordia Meglioranza
Case No.:     17-35511
Consent Order Approving Debtors' Motion to Reinstate Stay as to TD Bank NA as Successor in Interest to Commerce Bank NA

IT IS HEREBY CONSENTED by and between Movant, Francis P. Cullari, Esquire, of the Law Office of Francis P. Cullari, attorney for Debtors, James & Concordia Meglioranza, and TD Bank NA successor in Interest to Commerce Bank NA (hereinafter "TD Bank"), a secured creditor in the above-captioned bankruptcy case; by its counsel Schiller Knapp, Lefkowitz & Hertzel LLP, as follows:

1. The automatic stay as to TD Bank is reinstated provided that TD Bank's claim is paid as a secured claim, together with interest thereon, and that the resulting order allows TD Bank to submit a certification of default upon thirty (30)days default to the Trustee in the plan payment.

The undersigned hereby consent to the form.

By _____  7/19/18
FRANCIS P. CULLARI, ESQUIRE
Attorney for Debtor
Law Office of Francis P. Cullari
1200 Mill Road, Suite A
Northfield, NJ 08225
(609) 383-3511
cullari@comcast.net

By _____  7/19/18
RICHARD J. TRACY, III, ESQUIRE
ID #079152013
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St. Suite 1205
Jersey City, NJ 07302
(518)786-9069
Attorneys for Creditor, TD Bank NA successor
In interest to Commerce Bank, N.A.

United States Bankruptcy Court
District of New Jersey

In re:
James Meglioranza
Concordia Meglioranza
    Debtors

Case No. 17-35511-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
db/jdb         +James Meglioranza,   Concordia Meglioranza,   96 Madison Ave.,   Old Bridge, NJ 08857-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Francis P. Cullari    on behalf of Joint Debtor Concordia   Meglioranza cullari@comcast.net
          Francis P. Cullari    on behalf of Debtor James   Meglioranza cullari@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank NA successor in interest to Commerce
          Bank, N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 6