**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James Meglioranza | Social Security number or ITIN  xxx–xx–4364 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Concordia Meglioranza | Social Security number or ITIN  xxx–xx–2391 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–35511–MBK

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Meglioranza                        Concordia Meglioranza
aka James P. Meglioranza                 aka Maria Concordia

<u>6/21/21</u>                             **By the court:** <u>Michael B. Kaplan</u>
                                                         United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
James Meglioranza  
Concordia Meglioranza  
    Debtors

Case No. 17-35511-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 3180W | Total Noticed: 58 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Meglioranza, Concordia Meglioranza, 96 Madison Ave., Old Bridge, NJ 08857-1342 |
| 517239478 | + | Acs/slma, Acs/Education Services, Po Box 7051, Utica, NY 13504-7051 |
| 517239479 | + | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517239494 | + | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517239493 | + | Fed Loan Serv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 517239500 | + | Hibernia Ntl/Capital One, Attention:Bankruptcy, 1 Corporate Dr Suite 360, Lake Zurich, IL 60047-8945 |
| 517364689 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518187827 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187828 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517314669 | + | Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517239511 | + | Slater, Tenaglia, Fritz, 301 3rd Street, Ocean City, NJ 08226-4007 |
| 517282284 | #+ | TD Bank, N.A., c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road, Latham, NY 12110-2190 |
| 517282512 | + | TD Bank, N.A., c/o Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517282223 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517284156 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517239480 | + | EDI: BANKAMER.COM | Jun 22 2021 00:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517239488 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | CitiBusiness Card, PO Box 183113, Columbus, OH 43218-3113 |
| 517239487 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195 |
| 517239520 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Unvl/Citi, Attn: Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195 |
| 517239482 | + | EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Cap1/bstby, PO Box 30253, Salt Lake City, UT 84130-0253 |

Case 17-35511-MBK    Doc 57    Filed 06/23/21    Entered 06/24/21 00:28:44    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 3180W | Total Noticed: 58 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 517239483 | + EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Capital One, Attention: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517317375 | EDI: BL-BECKET.COM | Jun 22 2021 00:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517239484 | + Email/Text: clientservices@credit-control.com | Jun 21 2021 20:57:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517239486 | + EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517239490 | + EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Comenity Bank/DressBrn, Attention:Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 517239489 | + EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Comenity Bank/Dressbrn, PO Box 182789, Columbus, OH 43218-2789 |
| 517239491 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2021 21:07:45 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517239522 | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517239497 | Email/Text: GCSBankruptcy@gcserv.com | Jun 21 2021 20:55:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 517239498 | + EDI: RMSC.COM | Jun 22 2021 00:48:00 | Gecrb/jc Penney, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517239499 | + EDI: RMSC.COM | Jun 22 2021 00:48:00 | Gecrb/pc Richard, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517239501 | + EDI: WFFC.COM | Jun 22 2021 00:48:00 | Homeprjvisa, PO Box 94498, Las Vegas, NV 89193-4498 |
| 517239502 | EDI: IRS.COM | Jun 22 2021 00:48:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517239485 | EDI: JPMORGANCHASE | Jun 22 2021 00:48:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517239505 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 21 2021 20:58:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517239506 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2021 20:56:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-7096 |
| 517360104 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 21:07:55 | LVNV Funding, LLC its successors and assigns, as assignee of FNBM, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517358647 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 21:07:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517239507 | + EDI: MID8.COM | Jun 22 2021 00:48:00 | Midland Credit management Inc, PO Box 60578, Los Angeles, CA 90060-0578 |
| 517239509 | + Email/Text: bnc@nordstrom.com | Jun 21 2021 20:56:08 | Nordstrom Fsb, Attention: Bankruptcy, PO Box 6566, Englewood, CO 80155-6566 |
| 517239510 | + Email/Text: bnc@nordstrom.com | Jun 21 2021 20:56:09 | Nordstrom Signature Visa, Colorado Service Center, Po Box 6555, Englewood, CO 80155-6555 |
| 517281551 | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517298721 | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o JC Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517298718 | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o PC Richard, POB 41067, Norfolk VA 23541 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517278062 | | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Tjx Rewards Platinum Mastercard, POB 41067, Norfolk VA 23541 |
| 517248234 | | EDI: Q3G.COM | Jun 22 2021 00:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517239512 | | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Syncb/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 517239513 | | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 517243243 | + | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517239514 | + | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank/ pc Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 517239515 | + | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517239516 | | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5009 |
| 517239517 | | EDI: TDBANKNORTH.COM | Jun 22 2021 00:48:00 | Td Banknorth Maine, 32 Chestnut St, Lewiston, ME 04240 |
| 517239518 | + | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Unvl/Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517239523 | + | EDI: WFFC.COM | Jun 22 2021 00:48:00 | Wells Fargo Home Projects, Wells Fargo Financial, 1 Home Campus 3rd Flr, Des Moines, IA 50328-0001 |
| 517349659 | | EDI: ECAST.COM | Jun 22 2021 00:48:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517239481 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517239521 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Unvl/Citi, Attn: Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195 |
| 517239492 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517239495 | *+ | Fed Loan Serv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 517239496 | *+ | Fed Loan Serv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 517239503 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517239504 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517239519 | *+ | Unvl/Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517239508 | ## | Monarch Recovery Management, Inc, 10965 Decatur Rd, Philadelphia, PA 19154-3210 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 3180W | Total Noticed: 58 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Francis P. Cullari | on behalf of Joint Debtor Concordia Meglioranza cullari@comcast.net |
| Francis P. Cullari | on behalf of Debtor James Meglioranza cullari@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services Inc. rsolarz@kmllawgroup.com |
| Richard James Tracy, III | on behalf of Creditor TD Bank NA successor in interest to Commerce Bank N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6